No. 638. ARGUS HOSIERY MILLS, INC. *v.* ROBERTSON. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Russell R. Kramer* and *J. W. Baker* for petitioner. *Mr. W. O. Lowe* for respondent.

No. 640. GARTLAND STEAMSHIP CO. *v.* INTERLAKE IRON CORP. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick L. Leckie* for petitioner. *Mr. Henry N. Longley* for respondent.

No. 651. TOWN OF DAVENPORT ET AL. *v.* HUGHES ET AL. November 10, 1941. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Stuart B. Warren, George W. Wylie, D. C. Hull, Francis P. Whitehair,* and *John L. Graham* for petitioners. *Messrs. Robt. R. Milam, A. Y. Milam,* and *E. T. McIlvaine* for respondents.

No. 652. TERNSTEDT MANUFACTURING CO. ET AL. *v.* MOTOR PRODUCTS CORP. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John H. Bruninga* for petitioners. *Mr. Sherwin A. Hill* for respondent.

No. 656. JOHNSON *v.* FULLER ET AL. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Arthur Garfield Hays* and *Alan S. Hays* for petitioner. *Mr. Francis H. Scheetz* for respondents.